1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California   95814
4  Telephone: (916) 554-2770



**FILED**

JUL - 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

5

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )  Case No. Mag. 06-128 GGH
11                                   )
                 Plaintiff,          )  APPLICATION TO UNSEAL ARREST
12                                   )  WARRANT, COMPLAINT, ACCOMPANYING
            v.                       )  AFFIDAVIT, PETITION TO SEAL
13                                   )  AND ORDER TO SEAL; [PROPOSED]
   MICHAEL DEREK BRADLEY, JR.,       )  ORDER
14                                   )
                                     )
15                                   )
                 Defendant.          )
16  _____)

17

18                          APPLICATION

19       On May 3, 2006, this Court issued an arrest warrant,

20  complaint, accompanying affidavit, petition to seal and order to

21  seal for the captioned matter, and sealed the same.  Presently,

22  the warrant has been executed and there is no longer cause for

23  these documents to remain sealed.  Accordingly, the Government

24  respectfully requests that the arrest warrant, complaint,

25  ///

26  ///

27  ///

28

1  accompanying affidavit, petition to seal and order to seal for
2  this matter be unsealed.
3  DATED: July 7, 2006
4                              Respectfully submitted,
5                              McGREGOR W. SCOTT
                               United States Attorney
6
7                          By:
                              HEIKO P. COPPOLA
8                             Assistant U.S. Attorney
9
10                              ORDER
11      Upon application of the Government, and good cause appearing
12  therefore, IT IS HEREBY ORDERED that the arrest warrant,
13  complaint, accompanying affidavit, petition to seal and order to
14  seal for the captioned matter be UNSEALED.
15  Date: July 7, 2006
16
17                              HONORABLE KIMBERLY J. MUELLER
18                              United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28                              2