```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    HEIKO P. COPPOLA
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2700
 5
 6
 7
 8
                 IN THE UNITED STATES DISTRICT COURT
 9
               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,     )    CASE NO. S-05-243 WBS
12                                )
                 Plaintiff,       )
13                                )
        v.                        )
14                                )
    JAVARIS MARQUEZ TUBBS,        )
15  MICHAEL WAYNE BLANCHE,        )
    ANGEL LELYNN BREWER,          )
16                                )
                 Defendants.      )
17
18
    UNITED STATES OF AMERICA,     )    CASE NO. S-06-290 LKK
19                                )
                 Plaintiff,       )
20                                )
        v.                        )
21                                )
    MICHAEL DEREK BRADLEY, JR.,   )
22                                )
                 Defendant.       )
23                                )
    _____)
24
```

25                    **NOTICE OF RELATED CASES**

26     The United States respectfully submits that the two above-

27  captioned cases are related as defined by Local Rule 83-

28  123(a)(3).

1

1   The action first filed before the Honorable William B.
2 Shubbs involves the same underlying investigation as the later-
3 filed case before the Honorable Lawrence K. Karlton.  Each case
4 charges conduct involving armed robbery and use of a firearm.  It
5 is likely that both actions will involve similar questions of
6 fact and the same question of law, and the assignment of both
7 cases to the same Judge is likely to effect a substantial savings
8 of judicial effort.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATE:  July 18, 2006         By:   /s/ Heiko P. Coppola
                                   HEIKO P. COPPOLA
                                   Assistant U.S. Attorney