1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9                          ----oo0oo----

10   UNITED STATES OF AMERICA,
                                    NO. CR. S-05-0243 WBS
11            Plaintiffs,

12        v.

13   JAVARIS MARQUEZ TUBBS,
     MICHAEL WAYNE BLANCHE,
14   ANGEL LELYNN BREWER,

15
              Defendants.
16   _____/

17

18   UNITED STATES OF AMERICA,

19            Plaintiffs,          NO. CR. S-06-0290 LKK

20        v.
                                   RELATED CASE ORDER
21   MICHAEL DEREK BRADLEY, JR.,
              Defendant.
22   _____/

23

24                          ----oo0oo----

25            Examination of the above-entitled actions reveals that

26   these actions are related within the meaning of Local Rule 83-

27   123, E.D. Cal. (1997).  Both actions are based on the same

28   alleged bank robbery, and the undersigned judge has already

1  presided over the jury trial in case No CR. S-05-0243.

2  Accordingly, the assignment of the matters to the same judge is

3  likely to effect a substantial saving of judicial effort and is

4  also likely to be convenient for the parties.  The parties should

5  be aware that relating the cases under Local Rule 83-123 merely

6  has the result that these actions are assigned to the same judge

7  and the same magistrate judge; no consolidation of the actions is

8  effected.

9  IT IS THEREFORE ORDERED that the actions denominated

10  CR. S-05-243 WBS and CR. S-06-0290 LKK should be, and the same

11  hereby are, reassigned to the Honorable WILLIAM B. SHUBB for all

12  further proceedings.  Henceforth the captions on all documents

13  filed in the reassigned cases shall be shown as CR. S-05-0243 WBS

14  and CR. S-06-0290 WBS, and any dates currently set in the

15  reassigned cases only are hereby VACATED.

16  IT IS FURTHER ORDERED that the Clerk of the Court make

17  appropriate adjustments in the assignment of criminal cases to

18  compensate for this reassignment.

19  IT IS SO ORDERED.

20  DATED:  July 24, 2006

21

22

23  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28