**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-06-290-WBS |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| MICHAEL DEREK BRADLEY, JR. ) | |
| DEFENDANTS. ) | |
| _____ ) | |

Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK BRADLEY, Jr., by his counsel Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Wednesday, August 9, 2006, at 9:00 a.m., before the Honorable District Court Judge, William B. Shubb, shall be continued to Wednesday, September 27, 2006, at 9:00 a.m..

Time can be excluded from both the Speedy Trial Act and the Sixth Amendment right to a speedy trial for the following reasons: 1- The defense has just been appointed to the case and is just beginning the investigation of the case; 2-This case is related to a case that has gone to trial before this Court and the defense is in the process of obtaining the trial transcripts of that case to evaluate the government's

1

case against the defendant based upon the testimony at trial; 3- The defense is in the process of reviewing the documents obtained from pacer regarding the related case that went to trial before this court, United States v. Tubbs, Cr-S-05-243-WBS, those documents are extensive to review and evaluate; 4- The defense is investigating all aspects of this case, including any other potential cases that the client may have exposure for, in evaluating the overall posture facing the defendant; 5-There are potential medical issues of the client that require the obtaining of documents from throughout Northern California and this will require some time to gather since these documents are located at Health care facilities all throughout Northern California.

The parties stipulate and agree that time shall be excluded through Wednesday, September 27, 2006, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 and that time can be excluded under the Sixth Amendment right to a speedy trial for adequate and reasonable time for defense counsel to adequately prepare and evaluate the facts and charges against the defendant for the same time period.

Respectfully submitted,
McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ WILLIAM S. WONG--by in telephone
                                  authorization

DATED: 8-4-06
_____
WILLIAM S. WONG
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF


/s/ JAMES R. GREINER

DATED: 8-4-06
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

# ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: August 7, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE