1  
2  **JAMES R. GREINER, ESQ.**  
   CALIFORNIA STATE BAR NUMBER 123357  
   **LAW OFFICES OF JAMES R. GREINER**  
3  555 UNIVERSITY AVENUE, SUITE 290  
   SACRAMENTO, CALIFORNIA 95825  
4  TELEPHONE: (916) 649-2006  
   FAX: (916) 920-7951  
5  
   ATTORNEY FOR DEFENDANT  
6  MICHAEL DEREK BRADLEY, JR.  

7  
         IN THE UNITED STATES DISTRICT COURT FOR THE  
8  
                EASTERN DISTRICT OF CALIFORNIA  
9  

10 UNITED STATES OF AMERICA,      )      CR.NO.S-06-290-WBS  
                                  )  
11      PLAINTIFF,                )      STIPULATION AND ~~PROPOSED~~  
                                  )      ORDER TO CONTINUE STATUS  
12      v.                        )      CONFERENCE  
                                  )  
13 MICHAEL DEREK BRADLEY, JR.     )  
                                  )  
14                                )  
       DEFENDANTS.                )  
15                                )  
16 _____)  

17       Plaintiff, the United States of America, by its counsel, Assistant United

18 States Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK

19 BRADLEY, Jr., by his counsel Mr. James R. Greiner, hereby stipulate and agree that

20 the status conference calendared for Tuesday, October 17, 2006, at 9:00 a.m., before

21 the Honorable District Court Judge, William B. Shubb, shall be continued to

22 Wednesday, December 6, 2006, at 9:00 a.m..

23       Time can be excluded from both the Speedy Trial Act and the Sixth

24 Amendment right to a speedy trial for the following reasons: 1- The defense has just

25 been appointed to the case and is just beginning the investigation of the case; 2-This

26 case is related to a case that has gone to trial before this Court and the defense has

27 just obtained the four volumes of the trial transcripts and needs the additional time to

28                                         1

evaluate the government's case against the defendant based upon the testimony at trial; 3- The defense is still in the process of reviewing the documents obtained from pacer regarding the related case that went to trial before this court, United States v. Tubbs, Cr-S-05-243-WBS, those documents are extensive to review and evaluatein light of the trial transcripts just obtained; 4- The defense is investigating all aspects of this case, including any other potential cases that the client may have exposure for, in evaluating the overall posture facing the defendant; 5-There are potential medical issues of the client that require the obtaining of documents from throughout Northern California and this will require some time to gather since these documents are located at Health care facilities all throughout Northern California.

The parties stipulate and agree that time shall be excluded from the Speedy Trial Act from Tuesday, October 17, 2006, through Wednesday, December 6, 2006, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for adequate, necessary and reasonable time to for defense counsel prepare and evaluate the case and that time can be excluded under the Sixth Amendment right to a speedy trial for adequate, necessary and reasonable time for defense counsel to adequately prepare and evaluate the case against the defendant for the same time period.

                                        Respectfully submitted,
McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ WILLIAM S. WONG--by telephone
                                             authorization on 10-16-06

DATED: 10-16-06

WILLIAM S. WONG
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

```
                                    /s/ JAMES R. GREINER

DATED: 10-16-06
                                    _____
                                    JAMES R. GREINER
                                    ATTORNEY FOR DEFENDANT
                                    MICHAEL DEREK BRADLEY, JR.
```

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: **October 17, 2006**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3