**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-06-290-WBS |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| MICHAEL DEREK BRADLEY, JR. ) | |
| DEFENDANTS. ) | |
| _____ ) | |

      Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK BRADLEY, Jr., by his counsel Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Monday, February 5, 2007, at 8:30 a.m., before the Honorable District Court Judge, William B. Shubb, shall be continued to Monday, March 5, 2007, at 8:30 a.m..

      Time can be excluded from both the Speedy Trial Act and the Sixth Amendment right to a speedy trial for the following reasons: 1- The defense is continuing to investigate the case and other areas of potential defense and 404B that the government may move to use should the case proceed to trial; 2-This case is related to a case that has gone to trial before this Court and the defense is still in the

1

1  process of reviewing the four volumes of the trial transcripts and needs the additional
2  time to evaluate the government's case against the defendant based upon the
3  testimony at trial; 3- The defense is still in the process of reviewing the documents
4  obtained from pacer regarding the related case that went to trial before this court,
5  United States v. Tubbs, Cr-S-05-243-WBS, those documents are extensive to review
6  and evaluate in light of the trial transcripts obtained; 4- The defense is investigating
7  all aspects of this case, including any other potential cases that the client may have
8  exposure for, in evaluating the overall posture facing the defendant; 5-There are
9  potential medical issues of the client that require the obtaining of documents from
10 throughout Northern California and this requires additional time to gather since these
11 documents are located at Health care facilities all throughout Northern California.

12     The parties stipulate and agree that time shall be excluded from the Speedy
13 Trial Act from Monday, February 5, 2007, through Monday, March 5, 2007, under
14 Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for adequate, necessary and
15 reasonable time to for defense counsel prepare and evaluate the case and that time can
16 be excluded under the Sixth Amendment right to a speedy trial for adequate,
17 necessary and reasonable time for defense counsel to adequately prepare and evaluate
18 the case against the defendant for the same time period.

```
                                    Respectfully submitted,
                                    McGREGOR W. SCOTT
                                    UNITED STATES ATTORNEY

                                    /s/ WILLIAM S. WONG--by telephone
                                                    authorization on 2-2-07

DATED: 2-2-07                       _____
                                    WILLIAM S. WONG
                                    ASSISTANT UNITED STATES ATTORNEY
                                    ATTORNEYS FOR THE PLAINTIFF
```

2

DATED: 2-2-07

/s/ JAMES R. GREINER

_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: **February 5, 2007**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3