**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-06-290-WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE TO |
| ) | APRIL 30, 2007 |
| MICHAEL DEREK BRADLEY, JR. ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____ ) | |

          Plaintiff, the United States of America, by its counsel, Assistant United

States Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK

BRADLEY, Jr., by his counsel Mr. James R. Greiner, hereby stipulate and agree that

the status conference calendared for Monday, April 9, 2007, at 8:30 a.m.,  before the

Honorable District Court Judge, William B. Shubb, shall be continued to Monday,

April 30, 2007, at 8:30 a.m..

          Time can be excluded from both the Speedy Trial Act and the Sixth

Amendment right to a speedy trial for the following reasons: 1- The defense is

continuing in its discussions with the government over possible resolution of this

matter by plea, thus resolving this matter short of a trial which would enable both the

government and the Court to allocate its burdened resources to other cases, thus

1

would be a savings in both effort and the use of precious resources for both the government and the Court at the same time of achieving a resolution in this case that satisfies justice;  2- The defense is continuing to investigate all aspects of this case, including any other potential cases that the client may have exposure for, in evaluating the overall posture facing the defendant in the continuing process of negotiating with the government towards a possible resolution in this case  short of trial; 3-There are potential medical issues of the client that require the obtaining of documents from throughout Northern California and this requires additional time to gather since these documents are located at Health care facilities all throughout Northern California; 4- the ends of justice are satisfied by both the government and defense diligently attempting to resolve this case in a satisfactory manner by ensuring that all issues are investigated and all aspects of the case and consequences of any potential resolution by a plea agreement are fully explained to the defendant (including but not limited to the advisory guidelines, potential sentencing issues, potential locations in Federal prison, potential ramifications after release from Federal prison, the potential of a trial and the aspects of a trial and what it entails (jury selection, opening, directs, cross, defense case, closing, jury instructions, jury questions, verdict)).

The parties stipulate and agree that time shall be excluded from the Speedy Trial Act from Monday, April 9, 2007, through Monday, April 30, 2007, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for adequate, necessary and reasonable time to for defense counsel prepare and evaluate the case and that time can be excluded under the Sixth Amendment right to a speedy trial for adequate, necessary and reasonable time for defense counsel to adequately prepare and evaluate the case against the defendant for the same time period.

2

1    Respectfully submitted,
     McGREGOR W. SCOTT
2    UNITED STATES ATTORNEY

3    /s/ WILLIAM S. WONG--by telephone
                    authorization on 4-5-07
4
     DATED: 4-5-07    _____
5                     WILLIAM S. WONG
                      ASSISTANT UNITED STATES ATTORNEY
6                     ATTORNEYS FOR THE PLAINTIFF

7
                      /s/ JAMES R. GREINER
8
     DATED: 4-5-07    _____
9                     JAMES R. GREINER
                      ATTORNEY FOR DEFENDANT
10                    MICHAEL DEREK BRADLEY, JR.

11

12                   **ORDER**

13

14

15   **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

16

17

18   DATED:  April 5, 2007

19                    _____
20                    WILLIAM B. SHUBB
                      UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28                   3