**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-06-290-WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE TO |
| ) | JUNE 18, 2007, EXCLUSION OF |
| MICHAEL DEREK BRADLEY, JR. ) | TIME UNDER THE SPEEDY TRIAL |
| ) | ACT |
| DEFENDANTS. ) | |
| ) | |
| _____) | |

     Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK BRADLEY, Jr., by his counsel Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Monday, April 30, 2007, at 8:30 a.m., before the Honorable District Court Judge, William B. Shubb, shall be continued to Monday, June 18, 2007, at 8:30 a.m..

     Time can be excluded from both the Speedy Trial Act and the Sixth Amendment right to a speedy trial for the following reasons: 1- The defense is continuing in its discussions with the government over possible resolution of this matter by plea, thus resolving this matter short of a trial which would enable both the government and the Court to allocate its burdened resources to other cases, thus

1

1 would be a savings in both effort and the use of precious resources for both the
2 government and the Court at the same time of achieving a resolution in this case that
3 satisfies justice;  2- The defense is continuing to investigate all aspects of this case,
4 including any other potential cases that the client may have exposure for, in
5 evaluating the overall posture facing the defendant in the continuing process of
6 negotiating with the government towards a possible resolution in this case  short of
7 trial; 3-There are potential medical issues of the client that require the obtaining of
8 documents from throughout Northern California and this requires additional time to
9 gather since these documents are located at Health care facilities all throughout
10 Northern California; 4- the ends of justice are satisfied by both the government and
11 defense diligently attempting to resolve this case in a satisfactory manner by ensuring
12 that all issues are investigated and all aspects of the case and consequences of any
13 potential resolution by a plea agreement are fully explained to the defendant
14 (including but not limited to the advisory guidelines, potential sentencing issues,
15 potential locations in Federal prison, potential ramifications after release from
16 Federal prison, the potential of a trial and the aspects of a trial and what it entails
17 (jury selection, opening, directs, cross, defense case, closing, jury instructions, jury
18 questions, verdict)); 5- Defense counsel is presently in a jury trial in Sacramento
19 County Superior Court, Department 13,  People v. Milward, et al., a multi-defendant
20 case, and it is estimated that jury trial will last several more weeks, possibly to the
21 end of May, 2007. The continuance will allow counsel time after the jury trial to
22 confer with the government and the defendant about the case.
23      The parties stipulate and agree that time shall be excluded from the Speedy
24 Trial Act from Monday, April 30, 2007, through Monday, June 18, 2007, under Title
25 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for adequate, necessary and
26 reasonable time  for defense counsel to prepare and evaluate the case and that time
27 can be excluded under the Sixth Amendment right to a speedy trial for adequate,
28

necessary and reasonable time for defense counsel to adequately prepare and evaluate the case against the defendant for the same time period.

Counsel conferred with the Court's courtroom deputy about the available date, and it is available for the Court.

```
                          Respectfully submitted,
                          McGREGOR W. SCOTT
                          UNITED STATES ATTORNEY

                          /s/ WILLIAM S. WONG--by telephone
                                    authorization on 4-26-07
DATED: 4-27-07            _____
                          WILLIAM S. WONG
                          ASSISTANT UNITED STATES ATTORNEY
                          ATTORNEYS FOR THE PLAINTIFF

                          /s/ JAMES R. GREINER
DATED: 4-27-07            _____
                          JAMES R. GREINER
                          ATTORNEY FOR DEFENDANT
                          MICHAEL DEREK BRADLEY, JR.
```

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: April 27, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE