**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> MICHAEL DEREK BRADLEY, JR. ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____ ) | CR.NO.S-06-290-WBS <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 13, 2007, EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |

  Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK BRADLEY, Jr., by his counsel Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Monday, June 18, 2007, at 8:30 a.m., before the Honorable District Court Judge, William B. Shubb, shall be continued to Monday, August 13, 2007, at 8:30 a.m..

  Time can be excluded from both the Speedy Trial Act and the Sixth Amendment right to a speedy trial for the following reasons:

  1- The defense is continuing in its good faith and ongoing discussions with the government over potential resolution of this matter by plea agreement, thus resolving this matter short of a trial which would enable both the government and the Court to

1

1  allocate its burdened resources to other cases, thus would be a savings in both effort
2  and the use of precious resources for both the government and the Court at the same
3  time of achieving a resolution in this case that satisfies the interests of justice;
4      2- The defense is continuing to investigate all aspects of this case (and other
5  related cases that effect both the defendant and the negotiations with the government
6  on potential resolution), including any other potential cases that the client may have
7  exposure for, in evaluating the overall posture facing the defendant in the continuing
8  process of negotiating with the government towards a possible resolution in this case
9  short of trial;
10     3-There are potential medical issues of the client that require the obtaining of
11 documents from throughout Northern California and this requires additional time to
12 gather since these documents are located at Health care facilities all throughout
13 Northern California;
14     4- The ends of justice are satisfied by both the government and defense
15 continuing to diligently attempt to resolve this case in a satisfactory manner , and in
16 so doing , by ensuring that all issues are investigated and all aspects of the case and
17 consequences of any potential resolution by a plea agreement are fully explained to
18 the defendant (including but not limited to the advisory guidelines, potential
19 sentencing issues, potential locations in Federal prison, potential ramifications after
20 release from Federal prison, the potential of a trial and the aspects of a trial and what
21 it entails (jury selection, opening, directs, cross, defense case, closing, jury
22 instructions, jury questions, verdict));
23     5- Defense counsel concluded a multi-defendant jury trial in Sacramento
24 County Superior Court, Department 13,  People v. Milward, et al.(case  #02F05876,
25 which began on Monday, April 23, 2007 and concluded on Monday June 4, 2007,
26 with sentencing for September 14, 2007) which, to some degree, limited the amount
27 of time available to spend on this case, thus the request for additional time would
28

1  serve the ends of justice by allowing the continuity of the negotiations to continue to
2  determine whether a resolution short of trial can be acheived;
3      6- Defense counsel will be out of the state of California from June 28 to July 3,
4  2007,  on investigation on a different and separate federal case;
5      7-  The continuance will allow defense counsel needed time to solidify the
6  negotiation discussions with the government's counsel and the defendant in the
7  diligent and ongoing attempt to resolve this matter.
8      The defendant is in custody. There is no trial date set. There is no pending
9  motion's schedule.
10     The parties stipulate and agree that time shall be excluded from the Speedy
11 Trial Act from Monday, June 18, 2007, through Monday, August 13, 2007, under
12 Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for adequate, necessary and
13 reasonable time  for defense counsel to prepare and evaluate the case; for continuity
14 of counsel and that time can be excluded under the Sixth Amendment right to a
15 speedy trial for adequate, necessary and reasonable time for defense counsel to
16 adequately prepare and evaluate the case against the defendant for the same time
17 period.
18     Counsel conferred with the Court's courtroom deputy about the available date,
19 and it is available for the Court.

                    Respectfully submitted,
                    McGREGOR W. SCOTT
                    UNITED STATES ATTORNEY

                    /s/ WILLIAM S. WONG--by telephone
                                   authorization on 6-14-07

DATED: 6-14-07  _____
                    WILLIAM S. WONG
                    ASSISTANT UNITED STATES ATTORNEY
                    ATTORNEYS FOR THE PLAINTIFF

DATED: 6-14-07

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: **June 15, 2007**

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4