**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-06-290-WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE TO DECEMBER 17, 2007, |
| ) | EXCLUSION OF TIME UNDER THE |
| MICHAEL DEREK BRADLEY, JR. ) | SPEEDY TRIAL ACT |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____ ) | |

     Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK BRADLEY, Jr., by his counsel Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Monday, September 24, 2007, at 8:30 a.m., before the Honorable Senior District Court Judge, William B. Shubb, shall be continued to Monday, December 17, 2007, at 8:30 a.m..

     Time can be excluded from both the Speedy Trial Act and the Sixth Amendment right to a speedy trial for the following reasons:

     1- The defense is continuing in its good faith and ongoing discussions with the government over potential resolution of this matter by plea agreement, thus resolving this matter short of a trial which would enable both the government and the Court to

1

1 allocate its burdened resources to other cases, thus would be a savings in both effort
2 and the use of precious resources for both the government and the Court at the same
3 time of achieving a resolution in this case that satisfies the interests of justice;

4     2- The defense is continuing to investigate all aspects of this case (and other
5 related cases that effect both the defendant and the negotiations with the government
6 on potential resolution), including any other potential cases that the client may have
7 exposure for, in evaluating the overall posture facing the defendant in the continuing
8 process of negotiating with the government towards a possible resolution in this case
9 short of trial;

10     3-There are potential medical issues of the client that require the obtaining of
11 documents from throughout Northern California and this requires additional time to
12 gather since these documents are located at Health care facilities all throughout
13 Northern California;

14     4- The ends of justice are satisfied by both the government and defense
15 continuing to diligently attempt to resolve this case in a satisfactory manner , and in so
16 doing , by ensuring that all issues are investigated and all aspects of the case and
17 consequences of any potential resolution by a plea agreement are fully explained to
18 the defendant (including but not limited to the advisory guidelines, potential
19 sentencing issues, potential locations in Federal prison, potential ramifications after
20 release from Federal prison, the potential of a trial and the aspects of a trial and what it
21 entails (jury selection, opening, directs, cross, defense case, closing, jury instructions,
22 jury questions, verdict));

23     5- the defense and the government have been conferring on a regular basis and
24 new issues have recently arisen that need additional time for investigation by both
25 parties so that the parties can continue in their dialog about potential resolution of this
26 matter short of trial.

27
28

1  The defendant is in custody. There is no trial date set. There is no pending
2 motion's schedule.
3  The parties stipulate and agree that time shall be excluded from the Speedy
4 Trial Act from Monday, September 24, 2007, through Monday, December 17, 2007,
5 under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for adequate, necessary
6 and reasonable time  for effective preparation taking into account due diligence being
7 exercised by all parties; for continuity of counsel and that time can be excluded under
8 the Sixth Amendment right to a speedy trial for adequate, necessary and reasonable
9 time for defense counsel to adequately and effectively prepare and evaluate the case
10 against the defendant for the same time period.
11  Counsel conferred with the Court's courtroom deputy about the available date,
12 and it is available for the Court. The government gave authorization to sign this
13 document via e mail correspondence.

Respectfully submitted,
McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ WILLIAM S. WONG--by e mail
         authorization on 9-20-07

DATED: 9-0-07   _____
WILLIAM S. WONG
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

/s/ JAMES R. GREINER
DATED: 9-20-07  _____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

3

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: **September 20, 2007**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4