**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> MICHAEL DEREK BRADLEY, JR., ) <br>   et al. ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____) | CR. NO. S-06-290-EJG <br><br> STIPULATION AND <br> ORDER TO CONTINUE STATUS <br> CONFERENCE TO OCTOBER 3, 2008, <br> EXCLUSION OF TIME UNDER THE <br> SPEEDY TRIAL ACT |

   Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK BRADLEY, Jr., by his counsel Mr. James R. Greiner hereby stipulate and agree that the status conference calendared for Friday, September 26, 2008, at 10:00 a.m.,  before the Honorable Senior District Court Judge, Edward J. Garcia, shall be continued to Friday, October 3, 2008, at 10:00 a.m..

   Time can be excluded from both the Speedy Trial Act and the Sixth Amendment right to a speedy trial for the following reasons:

   1- The defense and the government have reached an agreement to resolve this case, however, the defense needs the additional time to review the terms of the plea agreement with the defendant to ensure the defendant understands each and every

1

part and term of the plea agreement; and

    2- to go over with the defendant the advisory sentencing guidelines to ensure that the defendant understands the terms of the plea agreement as they relate to the advisory sentencing guidelines and to ensure the defendant understands that the Court is not a party to the plea agreement; and

    3- to ensure the defendant has discussed the potential locations in Federal prison, potential ramifications after release from Federal prison, and the fact that there is no parole in the federal system, and

    4- to ensure that all of the defendant's questions regarding the plea agreement and the taking of the plea by the court are discussed.

    The defendant is in custody. There is no trial date set. There is no pending motion's schedule.

    The parties stipulate and agree that time shall be excluded from the Speedy Trial Act from Friday, September 26, 2008, through and including Friday, October 3, 2008, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for adequate, necessary and reasonable time for effective preparation taking into account due diligence being exercised by all parties; for continuity of counsel and that time can be excluded under the Sixth Amendment right to a speedy trial for adequate, necessary and reasonable time for defense counsel to adequately and effectively prepare and evaluate the case against the defendant for the same time period.

    Counsel conferred with the Court's courtroom deputy, Ms. Colleen Lydon, about the available date, and it is available for the Court. The government gave authorization to sign this document during an in person conversation.

```
                                        Respectfully submitted,
                                        McGREGOR W. SCOTT
                                        UNITED STATES ATTORNEY

                                        /s/ WILLIAM S. WONG–authorization in person
DATED: 9-24-08                          _____
                                        WILLIAM S. WONG
                                        ASSISTANT UNITED STATES ATTORNEY
                                        ATTORNEYS FOR THE PLAINTIFF


                                        /s/ JAMES R. GREINER
DATED: 9-24-09                          _____
                                        JAMES R. GREINER
                                        ATTORNEY FOR DEFENDANT
                                        MICHAEL DEREK BRADLEY, JR.
```

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: SEPTEMBER 24_, 2008.


                        /s/ Edward J. Garcia_____

                        **EDWARD J. GARCIA**

                        **SENIOR UNITED STATES**
                        **DISTRICT COURT JUDGE**

3