UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office



FILED
NOV 19 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# INTEROFFICE MEMORANDUM

**TO:** Colleen Lydon, Courtroom Clerk
of the Honorable Edward J. Garcia

**FROM:** Thomas H. Brown
Senior United States Probation Officer

**DATE:** November 18, 2008

**SUBJECT:** **Michael Derek BRADLEY, Jr.**
**Docket Number: 2:06CR00290-01**
**JUDGMENT AND SENTENCING CONTINUANCE**

The above matter is scheduled for judgment and sentencing on December 19, 2008. Based on the complexity of this case, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | 01/21/2009 @ 10:00 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 01/14/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 01/07/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 12/31/2008 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 12/17/2008 |

**Reviewed by:** _/s/ Karen A Meusling_
**KAREN A. MEUSLING**
**Supervising United States Probation Officer**

THB:thb
cc: William S. Wong, Assistant United States Attorney
James R. Greiner, Defense Counsel

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (SCHED).MRG