| | |
|---|---|
| 1  **JAMES R. GREINER, ESQ.**<br>CALIFORNIA STATE BAR NUMBER 123357<br>2  **LAW OFFICES OF JAMES R. GREINER**<br>555 UNIVERSITY AVENUE, SUITE 290<br>3  SACRAMENTO, CALIFORNIA 95825<br>TELEPHONE: (916) 649-2006<br>4  FAX: (916) 920-7951 | <br> |

ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-290-WBS |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER TO CONTINUE THE |
| v. ) | JUDGMENT AND SENTENCE OF |
| ) | MICHAEL D. BRADLEY TO |
| MICHAEL DEREK BRADLEY, JR., ) | JUNE 19, 2009 |
| et al. ) | |
| DEFENDANTS. ) | |

Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK BRADLEY, Jr., by his counsel Mr. James R. Greiner, hereby stipulate and agree that the Judgment and Sentencing date calendared for Friday, March 27, 2009, at 10:00 a.m., before the Honorable Senior District Court Judge, Edward J. Garcia, shall be continued to Friday, June 19, 2009, at 10:00 a.m..

There is no exclusion of time needed under the Speedy Trial Act.

Counsel conferred with the Court's courtroom deputy, Ms. Colleen Lydon, about the available date, and it is available for the Court. The government gave authorization to sign this document via e mail conference.

1

Respectfully submitted,
LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ WILLIAM S. WONG--by e mail
               authorization on 3-19-09

DATED: 3-19-09

WILLIAM S. WONG
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF


DATED: 3-19-09

/s/ JAMES R. GREINER

JAMES R. GREINER
ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**


DATED: March 19, 2009.


_____
**EDWARD J. GARCIA**

**SENIOR UNITED STATES
DISTRICT COURT JUDGE**

2