**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> MICHAEL DEREK BRADLEY, JR., ) <br>   et al. ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____ ) | CR. NO. S-06-290-WBS <br><br> STIPULATION AND ORDER TO CONTINUE THE JUDGMENT AND SENTENCE OF MICHAEL D. BRADLEY TO SEPTEMBER 25, 2009 |

  Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK BRADLEY, Jr., by his counsel Mr. James R. Greiner, hereby stipulate and agree that the Judgment and Sentencing date calendared for Friday, June 19, 2009, at 10:00 a.m., before the Honorable Senior District Court Judge, Edward J. Garcia, shall be continued to Friday, September 25, 2009, at 10:00 a.m..

  There is no exclusion of time needed under the Speedy Trial Act.

  Counsel conferred with the Court's courtroom deputy, Ms. Colleen Lydon, about the available date, and it is available for the Court. The government gave authorization to sign this document via the in-person conference on the morning of Monday, June 15, 2009.

1

```
                                    Respectfully submitted,
                                    LAWRENCE G. BROWN
                                    ACTING UNITED STATES ATTORNEY

                                    /s/ WILLIAM S. WONG--by in person conference
DATED: 6-15-09                      _____
                                    WILLIAM S. WONG
                                    ASSISTANT UNITED STATES ATTORNEY
                                    ATTORNEYS FOR THE PLAINTIFF


                                    /s/ JAMES R. GREINER
DATED: 6-15-09                      _____
                                    JAMES R. GREINER
                                    ATTORNEY FOR DEFENDANT
                                    MICHAEL DEREK BRADLEY, JR.
```

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: JUNE 16, 2009.

        /s/ Edward J. Garcia
      _____
**EDWARD J. GARCIA**
**SENIOR UNITED STATES**
**DISTRICT COURT JUDGE**