**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> MICHAEL DEREK BRADLEY, JR., ) <br>   et al. ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____) | CR. NO. S-06-290-WBS <br><br> STIPULATION AND ORDER TO CONTINUE THE JUDGMENT AND SENTENCE OF MICHAEL D. BRADLEY TO NOVEMBER 13, 2009 |

Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK BRADLEY, Jr., by his counsel Mr. James R. Greiner, hereby stipulate and agree that the Judgment and Sentencing date calendared for Friday, September 25, 2009, at 10:00 a.m., before the Honorable Senior District Court Judge, Edward J. Garcia, shall be continued to Friday, November 13, 2009, at 10:00 a.m..

There is no exclusion of time needed under the Speedy Trial Act.

Counsel conferred with the Court's courtroom deputy, Ms. Colleen Lydon, about the available date, and it is available for the Court. The government gave authorization to sign this document via e mail on Tuesday, September 22, 2009. Probation has been notified.

1

The parties will meet in the near future to ensure that the government has the medical records of the defendant. This will then allow the government to review the medical records. Once this is done, the government will then be in a knowledgeable position to make a recommendation to this Court regarding sentencing. In addition, the government's attorney has been unavailable being on annual leave for the month of August and into the beginning of September, 2009. The parties are mindful of the seriousness of the Judgment and Sentencing that will be before the Court and want to ensure that the defendant's background has been reflectively reviewed prior to any recommendation by the parties to the Court.

Respectfully submitted,
LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ WILLIAM S. WONG--by e mail authorization

DATED: 9-22-09
WILLIAM S. WONG
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

/s/ JAMES R. GREINER

DATED: 9-22-09
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: September 22, 2009.

/s/ Edward J. Garcia
**EDWARD J. GARCIA**
**SENIOR UNITED STATES**
**DISTRICT COURT JUDGE**

2