**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   PLAINTIFF,   v.   MICHAEL DEREK BRADLEY, JR.,   DEFENDANT. | CR. NO. S-06-290-EJG   STIPULATION AND ORDER TO CONTINUE THE JUDGMENT AND SENTENCE OF MICHAEL D. BRADLEY TO DECEMBER 18, 2009 |

Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK BRADLEY, Jr., by his counsel Mr. James R. Greiner, hereby stipulate and agree that the Judgment and Sentencing date calendared for Friday, November 13, 2009, at 10:00 a.m., before the Honorable Senior District Court Judge, Edward J. Garcia, may be continued to Friday, December 18, 2009, at 10:00 a.m..

There is no exclusion of time needed under the Speedy Trial Act.

Counsel conferred with the Court's courtroom deputy, Ms. Colleen Lydon, about the available date, and it is available for the Court. The government gave authorization to sign this document via e mail on Thursday, November 12, 2009. Probation has been notified.

1

The parties ask for this short continuance due to the fact that the government's attorney has been in a complicated trial which began on October 27, 2009 and is still continuing.

Respectfully submitted,
BENJAMIN WAGNER
UNITED STATES ATTORNEY

/s/ WILLIAM S. WONG--by e mail authorization

DATED: 11-12-09

WILLIAM S. WONG
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

/s/ JAMES R. GREINER

DATED: 11-12-09

JAMES R. GREINER
ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: November 12, 2009.

**/s/ Edward J. Garcia**
**EDWARD J. GARCIA**
**SENIOR UNITED STATES**
**DISTRICT COURT JUDGE**

2