1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   MICHAEL DEREK BRADLEY, JR.

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8              EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-290-WBS |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE THE |
| v. ) | JUDGMENT AND SENTENCE OF |
| ) | MICHAEL D. BRADLEY TO |
| MICHAEL DEREK BRADLEY, JR., ) | APRIL 2, 2010 |
| et al. ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____ ) | |

16

17        Plaintiff, the United States of America, by its counsel, Assistant United States

Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK BRADLEY, Jr.,
18
by his counsel Mr. James R. Greiner, hereby stipulate and agree that the Judgment
19
and Sentencing date calendared for Friday,  February 26, 2010, at 10:00 a.m.,  before
20
the Honorable Senior District Court Judge, Edward J. Garcia, may be continued to
21
Friday, April 2, 2010, at 10:00 a.m..
22
          There is no exclusion of time needed under the Speedy Trial Act.
23
          Counsel conferred with the Court's courtroom deputy, Ms. Colleen Lydon,
24
about the available date, and it is available for the Court. The government gave
25
authorization to sign this document via e mail on Monday, February 22, 2010.
26
Probation has been notified.
27

28                                          1

1    The parties ask for this short continuance due to the fact that defense counsel

2  has had a death in the family which will take him out of State for a period to time.

3  Then upon his return defense counsel needs to meet with both the client and the

4  government to ensure everything is in front of the Court.

5                                        Respectfully submitted,
                                          BENJAMIN WAGNER
6                                        UNITED STATES ATTORNEY

7                                        /s/ WILLIAM S. WONG--by e mail authorization

8  DATED: 2-24-10
                                          _____
9                                        WILLIAM S. WONG
                                          ASSISTANT UNITED STATES ATTORNEY
                                          ATTORNEYS FOR THE PLAINTIFF
10
                                          /s/ JAMES R. GREINER
11  DATED: 2-24-10
                                          _____
12                                       JAMES R. GREINER
                                          ATTORNEY FOR DEFENDANT
                                          MICHAEL DEREK BRADLEY, JR.
13

14                                    **ORDER**

15
                   **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**
16

17
    DATED: FEBRUARY _24, 2010
18

19

20

21

22
                        **/s/ Edward J. Garcia**
23                      **EDWARD  J. GARCIA**
                        **SENIOR UNITED STATES**
24                      **DISTRICT COURT JUDGE**

25

26

27

28                                        2